IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re:  § | |
| § | Case No. 24-17871 |
| Alexis Collazo, § | Chapter 13 |
| § | |
| Debtor(s)  § | |

## ORDER GRANTING DEBTOR'S MOTION TO TRANSFER VENUE

ON THIS DATE, the Court considered the Debtor's Motion to Transfer Venue (the "Motion") filed in the above-referenced case. After considering the motion and the record before the Court, the Court finds that just cause exists for entry of this Motion.

The Court finds that on July 31, 2024, Alexis Collazo ("Debtor") filed a chapter 13 bankruptcy petition in the United States Bankruptcy Court, Southern District of Florida, Fort Lauderdale Division.

The Court further finds that Alexis Collazo resided or was domiciled in the Middle District of Florida, Tampa Division, for at least 180 days prior to the Debtor's petition filing date. Accordingly, the Court further finds that the appropriate venue for this bankruptcy case is in the United States Bankruptcy Court, Middle District of Florida, Tampa Division.

IT IS THEREFORE ORDERED that the Debtor's motion is granted, and the above-referenced case shall be transferred to the United States Bankruptcy Court, Middle District of Florida, Tampa Division.