

ORDERED in the Southern District of Florida on August 12, 2024.

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-17871** |
| **Alexis Collazo,** | § | **Chapter 13** |
| | § | |
| **Debtor(s)** | § | |

### ORDER GRANTING DEBTOR'S MOTION TO TRANSFER VENUE

This matter came before the Court on August 12, 2024. The Court considered the Debtor's Motion to Transfer Venue (the "Motion") filed in the above-referenced case. After considering the motion and the record before the Court, the Court finds that just cause exists for entry of this Motion.

IT IS THEREFORE ORDERED that the Debtor's motion is granted, and the above-referenced case shall be transferred to the United States Bankruptcy Court, Middle District of Florida, Tampa Division.

###

Attorney Alan D Borden is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service